UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  14-21368-CIV-MORENO**

MAXIMO RAMOS ARANGO,

      Plaintiff,

vs.

SERGEANT M. RUCKER, et al.,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on April 16, 2014 **(D.E. No. 3)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 9)** on **May 22, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 9)** on **May 22, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    This case is **DISMISSED** with prejudice under 28 U.S.C. sec. 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted beccuase the Amended Complaint was not filed within the four-year statue of limitations. This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of June, 2014.


FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record
Maximo Ramos Arango
501402066
Broward County Jail-MJ
Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Ft. Lauderdale, FL 33310
PRO SE